IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GARELD G. RAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 04-643-JE |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Sharon D. Maynard
SWANSON THOMAS & COON
820 S.W. Second Avenue, Suite 200
Portland, OR 97204

  Attorney for Plaintiff

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

Joanne E. Dantonio
Lucille G. Meis
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue
Suite 2900, M/S 901
Seattle, WA 98104-7075

   Attorneys for Defendant

JONES, Judge:

Magistrate Judge John Jelderks filed Findings and Recommendation (#20) on December 20, 2005, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#20) dated December 20, 2005, in its entirety. The Commissioner's decision denying plaintiff's applications for benefits is affirmed and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 30th day of January, 2006.

                                    /s/ Robert E. Jones
                                    ROBERT E. JONES
                                    United States District Judge